No. 72–656. LOGUE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 72–5521. STRUNK, AKA WAGNER *v.* UNITED STATES. C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–1528. SPEARS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 71–6449. ELLINGBURG *v.* GOODSON, JUDGE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 71–6800. D'AMBRA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–292. MARRERO LAND & IMPROVEMENT ASSN., LTD. *v.* JEFFERSON PARISH SCHOOL BOARD. Sup. Ct. La. Certiorari denied.

No. 72–338. CARROLL, SHERIFF, ET AL. *v.* McDANIEL ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–348. HUTTER ET AL. *v.* TANCK ET AL. C. A. 7th Cir. Certiorari denied.